UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EVELYN POWELL and <br> DR. SHIQUITA BLUE <br> Plaintiffs, <br> <br> v. <br> <br> <br> NASH EDGECOMBE ECONOMIC <br> DEVELOPMENT, INC. <br> Defendant. | **JUDGMENT** <br> <br> No. 5:20-CV-562-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and plaintiffs' motion to amend complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 3, 2021, and for the reasons set forth more specifically therein, the court GRANTS defendant's motion to dismiss and DENIES plaintiffs' motion to amend.

**This Judgment Filed and Entered on May 3, 2021, and Copies To:**
Reginald Goodson (via CM/ECF Notice of Electronic Filing)
Katherine Barber-Jones (via CM/ECF Notice of Electronic Filing)

May 3, 2021                               PETER A. MOORE, JR., CLERK

                                                      /s/ Sandra K. Collins
                                                      (By) Sandra K. Collins, Deputy Clerk